UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1833

SANDRA COLEGROVE, Widow of Freddie Colegrove,

Petitioner,

versus

ISLAND CREEK COAL COMPANY; DIRECTOR, OFFICE OF
WORKERS' COMPENSATION PROGRAMS, UNITED STATES
DEPARTMENT OF LABOR,

Respondents.

On Petition for Review of an Order of the Benefits Review Board.
(03-630-BLA)

Submitted: January 24, 2007          Decided: March 1, 2007

Before NIEMEYER, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Leonard Stayton, Inez, Kentucky, for Petitioner. Ashley M. Harman,
Douglas A. Smoot, JACKSON KELLY PLLC, Morgantown, West Virginia,
for Respondent Island Creek Coal Company.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sandra Colegrove seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901-945 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm for the reasons stated by the Board. <u>Colegrove v. Island Creek Coal Co.</u>, No. 03-630-BLA (B.R.B. May 26, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>